UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FILE NO. 2:18-CV-03345-DCN

| | |
|---|---|
| CHARLES LEE AND SUSAN CANTOS LEE,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>JAYCO, INC., AND HOLIDAY KAMPER COMPANY OF COLUMBIA, LLC d/b/a CAMPING WORLD RV SALES,<br>                    Defendants. | **DEFENDANTS'**<br>**MOTION TO TRANSFER VENUE** |

NOW COME Defendants Jayco, Inc. ("Jayco") and Holiday Kamper Company of Columbia, LLC d/b/a Camping World RV Sales ("Camping World") (hereinafter collectively "Defendants"), through counsel, and pursuant to 28 U.S.C. §1404(a) and the forum-selection clause contained in the parties' agreement, attached hereto as Exhibit A, and move the Court to transfer venue of this matter to the United States District Court for the Northern District of Indiana.  Defendants' arguments are set forth in detail in the Memorandum in Support filed contemporaneously with this Motion.

**WHEREFORE**, Defendants Jayco, Inc. and Holiday Kamper Company of Columbia, LLC d/b/a Camping World RV Sales respectfully pray unto this Court that venue in this matter be transferred to the United States District Court for the Northern District of Indiana.

DATED:  January 7, 2019.

YOUNG MOORE AND HENDERSON P.A.


BY:     /s/ Robert C. deRosset
        ROBERT C. deROSSET
        S.C. State Bar # 11106
        3101 Glenwood Avenue, Suite 200
        Post Office Box 31627
        Raleigh, NC  27622
        Ph:  919-782-6860
        Fax:  919-782-6753
        Email:  bob.derosset@youngmoorelaw.com
        *Attorneys for Defendants*