## SECTION 1: WARRANTY & SERVICE

*Failure to contact Envoy Customer Service, unauthorized or improper warranty repairs, or failure to return requested original parts may result in loss of reimbursements and/or loss of warranty.*

### OBTAINING SERVICE FOR SEPARATELY WARRANTED ITEMS

Your selling dealer is responsible for servicing your recreation vehicle before delivery, and has an interest in your continued satisfaction. We recommend your dealer perform all inspection, warranty and maintenance services. Some dealers may be authorized service centers for those OEMs whose products are warranted separately and excluded from the Limited Warranty.

### OBTAINING SERVICE AT JAYCO

Should your RV be in need of service, and your dealer recommend that the repairs be made at the Jayco Factory Service Center, your RV may be returned to us with the following guidelines*:

☐  You or your dealer must make a confirmed appointment a minimum of <u>60 days</u> prior to dropping off your RV at the Jayco Factory Service Center.

☐  The holding tanks must be emptied and rinsed. We have a dumping station available for customer use.

☐  The propane system and all electrical systems must be shut down and turned off. We are not responsible for discharged batteries or propane tanks.

☐  During the appropriate season, please ensure your RV is winterized.

☐  Unless prior approval has been obtained from the Jayco Factory Service Center, all personal items must be removed from the area where you are requesting service repair and the refrigerator emptied. We are not responsible for loss of food items.

☐  All transportation costs are the responsibility of the owner. You may need to arrange for alternative accommodations for some types of repairs. Please be prepared accordingly

☐  *Jayco Customer Service occasionally utilizes local independent repair facilities. Your RV may be referred to or repaired by one of these local repair facilities.*

### PARTS & ACCESSORIES

Contact your independent Jayco dealer for assistance in obtaining replacement parts or accessories. Jayco does not sell parts retail direct or to non-authorized dealers. If the original part is no longer available, Jayco makes every effort to provide an appropriate substitute.

## SECTION 1: WARRANTY & SERVICE

### JAYCO MOTORIZED LIMITED WARRANTY

**WHAT AND WHO IS COVERED:** This limited warranty covers: (i) the motorhome when it is used only for its intended purpose of recreational travel and camping; (ii) only the first retail purchaser     ; (iii) only those portions of the Motorhome not excluded under the section "What is Not Covered"; (iv) the motorhome only when sold by an authorized dealership; and, (v) only defects in workmanship performed and/or materials used to assemble those portions of the Motorhome not excluded under the section "what is Not Covered".

**COVERAGE TIME:** The duration of this warranty is 2 years after the first retail owner takes delivery of the Motorhome from an authorized dealer OR 24,000 miles of use, whichever occurs first. If the dealer places the Motorhome in service before retail sale, the coverage period is 2 years after the dealer first placed the Motorhome in service OR 24,000 miles of use, whichever occurs first, ANY ACTION FOR BREACH OF THIS LIMITED WARRANTY OR FOR ANY IMPLIED WARRANTY MUST BE COMMENCED NO MORE THAN 26 MONTHS AFTER THE BREACH. If the Motorhome is not of the current or prior model year when the first retail owner takes delivery, the limited warranty ends 90 days after the first retail owner takes delivery of the Motorhome OR after the odometer reaches 5,000 miles, whichever occurs first. ANY ACTION FOR BREACH OF THIS REDUCED LIMITED WARRANTY OR FOR ANY IMPLIED WARRANTY MUST BE COMMENCED NO MORE THAN 15 MONTHS AFTER THE BREACH.

Unless prohibited by state or provincial law, repairs do not extend the time when you must commence an action for breach of warranty and shall not extend the warranty coverage period. This reduction in time may not apply to you because some states and provinces do not allow the reduction of the time to commence an action for breach of warranty. Any performance of repairs after the warranty coverage ends and any performance of repairs to those portions of your motorhome excluded from coverage are "good will" repairs. You should expect the need for warranty repairs. Jayco may use new and/or remanufactured parts and/or components to complete a repair. Warranty repairs may have been performed to defects with and/or damage to interior or exterior surfaces, trim, upholstery and other appearance items at the factory during assembly OR at the selling dealership after delivery of the Motorhome to your selling dealer – Repairs to defects and damage are performed at the factory or by the selling dealer during the inspection process. If you discover a defect or damage to the motorhome when you take delivery of your motorhome, you MUST notify your dealer OR Jayco within 10 days of the date of purchase to have defect or damage repaired at no cost to you. Minor adjustments will be performed, free of charge, by the dealer within 90 days of your purchase; thereafter, such adjustments are your exclusive responsibility as normal maintenance.

REPAIR REMEDY: Jayco's sole and exclusive obligation is to repair any covered defect discovered within the warranty coverage period provided: (1) you notify Jayco or an authorized Jayco dealer within 10 days of your discovery of a defect; AND (2) you deliver the Motorhome to Jayco OR an authorized Jayco dealership at your cost and expense. BACK-UP REMEDY: If the primary repair remedy fails to successfully cure any defect after a reasonable number of repair attempts, your sole and exclusive remedy shall be to have Jayco pay an independent     service shop of your choice to perform repairs to the defect OR have Jayco pay diminished value damages if the defect is incurable. You must exhaust both the repair remedy and the back-up remedy AND these remedies must fail to fulfill their essential purpose before you can seek any other remedies. THIS LIMITED

## SECTION 1: WARRANTY & SERVICE

WARRANTY IS NOT A WARRANTY THAT PROMISES OR EXTENDS TO FUTURE PERFORMANCE BECAUSE IT DOES NOT MAKE A REPRESENTATION ON HOW YOUR MOTORHOME WILL PERFORM IN THE FUTURE BUT REPRESENTS ONLY WHAT THE REMEDY WILL BE IF A DEFECT EXISTS.

LIMITATION AND DISCLAIMER OF IMPIED WARRANTIES: THE DURATION OF ANY IMPLIED WARRANTY IS LIMITED TO: (i) THE DURATION OF THIS LIMITED WARRANTY; (ii) THE SCOPE OF COVERAGE THIS LIMITED WARRANTY PROVIDES; (iii) DEFECTS EXISTING AT THE TIME OF SALE THAT MANIFESTED THEMSELVES AND SURFACED DURING THE IMPLIED WARRANTY COVERAGE PERIOD; AND (IV) DEFECTS DISCOVERED AND REPORTED WITHIN THE DURATION OF THE IMPLIED WARRANTY. THERE ARE NO EXPRESS WARRANTIES OR ANY IMPLIED WARRANTIES ON THOSE PORTIONS OF THE MOTORHOME EXCLUDED FROM COVERAGE. NOTWITHSTANDING THE ABOVE PROVISIONS, JAYCO EXPRESSLY DISCLAIMS AND EXCLUDES ANY AND ALL IMPLIED WARRANTIES AND CONDITIONS, STATUTORY OR OTHERWISE, WHEN THE MOTORHOME IS USED FOR COMMERICAL, RENTAL OR BUSINESS USE AND WHEN THE JAYCO IS SOLD IN CANADA.   There is no warranty of any nature made by Jayco beyond that contained in this Limited Warranty. No person has authority to enlarge, amend or modify this Limited Warranty. The dealer is NOT Jayco's agent . Jayco is not responsible for any undertaking, representation or warranty made by any dealer or others beyond those expressly set forth within this Limited Warranty. Some states and provinces do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

DISCLAIMER OF CONSEQUENTIAL AND INCIDENTAL DAMAGES:   THE FIRST RETAIL BUYER AND ANY SUBSEQUENT OWNER, ALONG WITH ANY PERSON WHO IS AN INTENDED OR UNINTENDED USER OR BENEFICIARY OF THE MOTORHOME, ARE NOT ENTITLED TO RECOVER ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES CAUSED BY A DEFECT IN THE MOTORHOME. BY WAY OF EXAMPLE, CONSEQUENTIAL DAMAGES INCLUDE FUEL AND TRANSPORTATION     EXPENSES TO DELIVER THE MOTORHOME TO A SERVICING DEALER, HOTEL ROOMS, LOST WAGES AND MOISTURE DAMAGE SUCH AS MOLD AND MILDEW AS WELL AS RUST AND CORROSION. THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES ARE NOT DEPENDENT UPON WARRANTY REMEDIES SUCCESSFULLY CURING ANY DEFECT; THE EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL SURVIVE ANY FAILURE OF THE LIMITED WARRANTY REMEDIES FULFILLING THEIR PURPOSE. Some states do not allow     the exclusion or limitation of consequential or incidental damages, so the above exclusions may not apply to you.

HOW TO GET SERVICE: To obtain warranty service the owner must: (i) Notify Jayco or an authorized Jayco dealer, within the applicable warranty coverage period designated above, that you are making a warranty claim; (ii) Provide the notification, within ten (10) days of the discovery of a defect in material or workmanship; and (iii) Promptly schedule an appointment with and take the Motorhome to Jayco or an independent, authorized Jayco dealer. If you need assistance, you may contact Jayco, at 903 South Main Street, P. O. Box 460, Middlebury, Indiana 46540, Attn: Customer Service, (574) 825-5861 or (800) 283-8267

## SECTION 1: WARRANTY & SERVICE

WHAT IS NOT COVERED: Equipment and appliances installed after the Motorhome is assembled by Jayco; Motorhomes used for any rental, business and commercial purpose – If the Motorhome owner files a tax form claiming a business or commercial tax benefit related to the Motorhome, or if the RV is purchased, registered or titled in a business name is shall be irrefutable that the Motorhome has been used for rental, commercial or business purposes; any Motorhome sold or used outside of the United States, U.S. Territories or Canada; any Motorhome not used solely for recreational travel and camping; any Motorhome purchased through auction or wholesale; any Motorhome purchased from a dealer that is not an authorized dealer; normal wear, tear or usage, such as tears, punctures, soiling, mildew, rust, fading, or discoloration of exterior plastic or fiberglass, or soft goods, such as upholstery, drapes, carpet, vinyl, screens, cushions, mattresses and fabrics; the effects of condensation or moisture from condensation inside the RV; mold or any damage caused by mold to the interior or exterior; imperfections that do not affect the use of the Motorhome for its intended purpose of recreational use; items working as designed but that you are unhappy with; damage caused by misuse, mishandling, neglect, abuse, failure to maintain the Motorhome in accordance with the owner's manual, or failure to perform other routine maintenance such as inspections, lubricating, adjustments, tightening of screws and fittings, tightening of lug nuts, sealing, rotating tires; damage caused by accident, whether or not foreseeable; damage caused by weather or corrosion due to the environment; damage caused by theft, vandalism or fire; damage caused by tire wear or tire failure; defacing, scratches, dents, chips on any surface or fabric of the Motorhome; damage caused by off road use, overloading the Motorhome or any of its components or parts; wheel alignment or adjustments to axles caused by improper maintenance, loading or damage from road hazards, including off road travel; wheel damage or balancing    .

  Also, this limited warranty does not cover any material, component, system or part that is warranted by another entity, including, by way of example, the: automotive chassis, (which includes the power train, steering, handling, braking, wheel balance, muffler, tires, tubes, batteries and gauges), generator, hydraulic jacks, inverter, converter, microwave, television, DVD/CD player, radio, speakers, television, refrigerator, range, water heater, water pump, stove, carbon monoxide detector, smoke detector, propane detector, furnace or any air conditioner. The written warranty provided by the manufacturer of the component part is the direct and exclusive responsibility of that manufacturer).

EVENTS DISCHARGING JAYCO FROM OBLIGATION UNDER WARRANTY: The following, by way of example, discharge Jayco from any express or implied warranty obligation to repair or replace any defect: any rental, business or commercial use or purchase of the Motorhome; any Motorhome purchased or sold outside of, or used outside of, the United States, U.S. Territories or Canada; any Motorhome purchased through an auction or wholesale or by a non-authorized dealer; owner neglect; failure to provide routine maintenance; alteration; off road use; collision or accident, whether or not foreseeable; acts of weather; damage or corrosion caused by the environment, theft, vandalism, fire, explosions, or overloading.

LEGAL REMEDIES: THE COURTS WITHIN THE STATE OF MANUFACTURE, INDIANA, HAVE EXCLUSIVE JURISDICTION FOR DECIDING LEGAL DISPUTES RELATING TO ALLEGED BREACH OF WARRANTY OR REPRESENTATIONS OF ANY NATURE. THE LAWS GOVERNING ALL

## SECTION 1: WARRANTY & SERVICE

DISPUTES OR CLAIMS ARISING OUT OF THE SALE, PURCHASE OR USE OF THE MOTORHOME SHALL BE THOSE OF THE STATE OF MANUFACTURE, INDIANA. THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS. YOU MAY ALSO HAVE OTHER RIGHTS, WHICH VARY FROM STATE TO STATE AND PROVINCE TO PROVINCE.

WARRANTY REGISTRATIONS: Your warranty registrations should be completed and delivered to the manufacturers of component parts. The selling dealership will assist you in completing and filling out the Jayco product warranty registration. Your Jayco warranty will be registered when this warranty registration is completed and received by Jayco. The failure to submit this warranty registration to Jayco will not affect your rights under this limited warranty as long as you can present proof of purchase, however, it can cause delays in obtaining the remedies offered by this limited warranty, and it may adversely affect any servicing facility's ability to provide proper repairs and/or part replacement.

CARE AND MAINTENANCE: It is the Owner's responsibility to perform proper care and maintenance of the Motorhome and to assure correct load distribution. For details regarding this, please see your owner's manuals. Please review all manuals and contact your selling dealership, Jayco or supplier of the component part if you have questions.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS THAT VARY FROM STATE TO STATE.

JAYCO, INC.
903 S. Main Street * P. O. Box 460 * Middlebury, IN 46540
Telephone: 800-283-8267

Rev. A

### NOTICE TO JAYCO DEALERS

This Owner's Manual contains the *Motorized Limited Warranty* that applies to this RV. However, if the Jayco dealer decides to use this RV for rental purposes, then the *Motorized Limited Warranty* will not apply to this RV. The *Motorized* Rental *Limited Warranty* applies in that situation.

If, on the other hand, the Jayco dealer sells this RV to a retail customer then the rental warranty would not be applicable. The rental warranty does not apply to retail consumers.

Jayco's rental program is applicable to the following product lines:

- ☐ Redhawk
- ☐ Greyhawk
- ☐ Melbourne
- ☐ Seneca
- ☐ Precept
- ☐ Alante

If you have any questions regarding this, please contact Jayco Customer Service at (800) 283-8267 or (574) 825-0608.

## SECTION 1: WARRANTY & SERVICE

### JAYCO MOTORIZED RENTAL LIMITED WARRANTY

**WHAT AND WHO IS COVERED**

The Jayco warranty covers this recreational vehicle ("RV"), when used only for recreational travel and camping, including recreational travel and camping by renters of the Dealer, for one (1) year, or the first twelve thousand (12,000) miles of use. This limited warranty applies to the original Dealer only, and it is not transferable. The warranty period begins on the date that Dealer first places the RV in rental service. In the event that a substantial defect in material or workmanship, attributable to Jayco, is found to exist during the warranty period, Jayco will reimburse the Dealer either the reasonable costs of repair or the reasonable costs of replacement of the defect, (Jayco's option), in accordance with the terms, conditions and limitations of this limited warranty.

Jayco's obligation to reimburse Dealer for the reasonable costs of repair or replacement of defective materials or workmanship is the sole obligation of Jayco under this limited warranty. Jayco reserves the right to use new or remanufactured parts of similar quality to complete any work, and to make parts and design changes from time to time without notice to anyone. Jayco reserves the right to make changes in the design or material or its products without incurring any obligation to incorporate such changes in any product previously manufactured. Jayco makes no warranty as to the future performance of this RV, and this limited warranty is not intended to extend to the future performance of this RV, or any of its materials, components or parts. In addition, the Dealer's obligation to notify Jayco, of a claimed defect does not modify any obligation placed on the Dealer to contact Jayco directly when attempting to pursue remedies under state or federal law.

**LIMITATIONS, EXCLUSIONS AND DISCLAIMER OF IMPLIED WARRANTIES**

ANY IMPLIED WARRANTY THAT IS FOUND TO ARISE BY WAY OF STATE OR FEDERAL LAW, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR ANY IMPLIED WARRANTY OF FITNESS, IS LIMITED IN DURATION TO THE DURATION OF THIS LIMITED WARRANTY AND IS LIMITED IN SCOPE OF COVERAGE TO THE SCOPE OF COVERAGE OF THIS LIMITED WARRANTY.

Jayco makes no warranty of any nature beyond that contained in this limited warranty. Jayco does not authorize any person to create any other obligation or liability for it regarding this RV, and Jayco is not responsible for representation, promise or warranty made by any dealer or other person beyond what is expressly stated in this limited warranty, and no one has the authority to enlarge, amend or modify this limited warranty. Any selling or servicing dealer is not Jayco's agent, but an independent entity.

JAYCO SHALL NOT BE LIABLE FOR ANY INCIDENTAL OR CONSEQUENTIAL DAMAGES THAT MAY RESULT FROM BREACH OF THIS LIMITED WARRANTY OR ANY IMPLIED WARRANTY. THIS EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES SHALL BE INDEPENDENT OF ANY FAILURE OF THE ESSENTIAL PURPOSE OF ANY WARRANTY, AND THIS EXCLUSION SHALL SURVIVE ANY DETERMINATION THAT THIS LIMITED WARRANTY OR ANY IMPLIED WARRANTY HAS FAILED OF ITS ESSENTIAL PURPOSE.

Some states do not allow limitations on how long an implied warranty lasts, or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

## SECTION 1: WARRANTY & SERVICE

### HOW TO GET SERVICE

To obtain reimbursement of warranty service the owner must do all of the following:

1. Notify Jayco of the substantial defect in material or workmanship attributable to Jayco, within the warranty coverage period;
2. Provide the notification mentioned in (1), above, within ten (10) days of when the owner discovered, or should have discovered, the substantial defect in material or workmanship attributable to Jayco;
3. Promptly and appropriately make the necessary repairs; and
4. Pay any freight or transportation costs, import duties, fees and all incidental expenses associated with obtaining warranty service.

If you need assistance you may contact Jayco, at P. O. Box 460, Middlebury, Indiana, 46540, Attn: Customer Service (574) 825-5861, (800) 283-8267 or www.jayco. com. Also, you must notify Jayco within three (3) days of delivery to you to have work performed on any defect or damage to appearance items that occurred at the factory during manufacturer or during delivery at no cost to you as provided by this limited warranty. (See below under WHAT IS NOT COVERED).

If two (2) or more service attempts have been made to correct any covered defect that you believe impairs the value, use or safety of the RV, or if it has taken longer than thirty (30) days for those types of repairs to be completed, you must, to the extent permitted by law, notify Jayco directly, in writing, at the above address, of the unsuccessful repair(s) of the alleged defect(s) so that Jayco can become directly involved in making sure that you are provided service pursuant to the terms of this limited warranty.

### WHAT IS NOT COVERED

By way of example, only, this Limited Warranty does not cover any of the following: defects in materials, components or parts of the RV not attributable to Jayco, items that are added or changed after the RV leaves the possession of Jayco; additional equipment or accessories installed at any dealership, or other place of business, or by any other party, other than Jayco; any RV not used solely for recreational travel and camping; all soft goods, normal wear, tear or usage, such as tears, punctures, soiling, mildew, fading, or discoloration of exterior plastic, fiberglass, upholstery, drapes, carpet, vinyl, screens, cushions, mattresses and fabrics; the effects of condensation or moisture from condensation inside the RV and failure to provide adequate ventilation; mold or any damage caused by mold to the inside or outside of the RV; imperfections that do not affect the suitability of the RV for its intended purpose of recreational use or items that are working as designed but that you are unhappy with; problems related to misuse, mishandling, neglect or abuse, including failure to maintain the RV in accordance with the owner's manual, or other routine maintenance such as inspections, lubricating, adjustments, tightening of screws, tightening of lug nuts, sealing, rotating tires; damage due to accident, whether or not foreseeable, including any acts of weather or damage or corrosion due to the environment, theft, vandalism, fire, or other intervening acts not attributable to Jayco; service items such as windshield wiper blades, lubricants, fluids, filters, etc.; damage resulting from tire wear or tire failure; defacing, scratches, dents, chips on any surface or fabric of the RV; damage caused by off road use, overloading the RV or alteration of the RV, or any of its components or parts.

In addition, this limited warranty does not cover any material, component or part of the RV that is warranted by another entity, including, by way of example, the automotive chassis and power train, steering, handling, braking, wheel balance, muffler, tires, tubes, batteries, gauges, generator, hydraulic jacks, inverter, converter, microwave, television, DVD/CD player, radio, speakers, television, refrigerator, range, hot water heater, water pump, stove, carbon monoxide detector, smoke detector, propane detector, furnace or any air conditioner. (Note: the written warranty provided by the manufacturer of the component part is the direct responsibility of that manufacturer).

Defects and/or damage to interior and exterior surfaces, trim, upholstery and other appearance items may occur at the factory or during delivery of the RV to you. These items are usually detected and corrected at the factory. You must inspect the RV for this type of damage when you take delivery from Jayco. If you find any such defect or damage you must notify Jayco within three (3) days of delivery of the RV to you to have these items covered by this limited warranty and to have work performed on the items covered by this limited warranty.

### EVENTS DISCHARGING JAYCO FROM OBLIGATION UNDER WARRANTY

Certain things completely discharge Jayco from any obligation under this warranty and void it. By way of example, the following shall discharge Jayco from any express or implied warranty obligation to repair or replace any defect that results from: any defect in a separately manufactured component part, any neglect or failure to provide routine maintenance by you or anyone you rent the RV to (See Owner's Manual), unauthorized alteration, off road use, collision or accident, whether or not foreseeable, including any acts of weather or damage or corrosion due to the environment, theft, vandalism, fire, explosions, overloading in excess of weight ratings, and tampering with any portion of the RV.

### LEGAL REMEDIES

Any action to enforce any portion of this limited warranty, or any implied warranty, shall be commenced within six (6) months after expiration of the warranty coverage period designated above. Any performance of repairs shall not suspend this limitation period from expiring. Any performance of repairs after the warranty coverage period has expired, or performance of repairs regarding anything excluded from coverage under this limited warranty shall be considered "good will" repairs, and they will not alter the express terms of this limited warranty, or extend the warranty coverage period or this limitation period. In addition, this warranty is not intended to extend to future performance, and nothing in this warranty, or any action of Jayco, or any agent of Jayco, shall be interpreted as an extension of the warranty or this limitation period. Some states do not allow a reduction in the statute of limitations, so this reduction may not apply to you.

### WARRANTY REGISTRATIONS

Your warranty registration records should be completed and delivered to the manufacturers of component parts, including the delayed warranty start form for the chassis, which is included in the chassis paperwork. The Jayco product warranty registration form must be returned to Jayco within ten (10) days of your taking delivery of the RV. Your Jayco warranty will not be registered unless this warranty registration is completed and received by Jayco. Failure to file this warranty registration with Jayco will not affect your rights under this limited warranty as long as you can present proof of purchase, but it can cause delays in obtaining the benefits of this limited warranty, and it may inhibit any servicing facilities' ability to provide proper repairs and/or part replacement.

### CARE AND MAINTENANCE

It is your responsibility to perform proper care and maintenance of the RV, and to assure correct load distribution. For details regarding this, please see your Jayco owner's manual and the owner's manuals of the chassis manufacturer and other component part

## SECTION 1: WARRANTY & SERVICE

manufacturers. These outline various care and maintenance that is required to maintain your RV. Please review all manuals supplied with the RV, and contact Jayco or the supplier of the component part if you have questions. Note: failure to maintain the RV as noted in those manuals voids this limited warranty, and any damage to the RV as a result of your failure to perform such care, is not covered by this limited warranty.

THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS THAT VARY FROM STATE TO STATE.

## SECTION 2: OCCUPANT SAFETY

### SECONDARY MEANS OF ESCAPE (EXIT WINDOW)

Your recreation vehicle has been equipped with a window(s) that serves as a secondary means of escape. The window(s) will allow a quick exit from the vehicle during an emergency if access to the main entrance door is not available. It is easily identified by the red latches and label.

Do not remove the following label from your recreation vehicle:



**Exit Window Label**

When parking your recreation vehicle, make sure the egress window is not blocked by trees or other obstacles. Make sure the ground below the window is solid and can be used as an escape path.

Practice opening the window before an emergency occurs, and make sure all occupants know how to operate it.

**The egress window(s) must be locked during transit.**
Your recreation vehicle may be equipped with one of the following exit window styles.





**Flip latch style (2 per window)**
Push up on the front lip of the latch and the latch unfolds.
Push up on the front lip of the latch again to unhook the latch from the window.
When both latches are released, push out on the window which is hinged at the top. Exit the vehicle.
The screen does not need to be removed from the window.