IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Charles Lee, and Susan Cantos Lee, | ) | C/A No.: 2:18-cv-3345 DCN |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Jayco, Inc. and Holiday Kamper Company of Columbia, LLC, d/b/a Camping World RV Sales, | ) | |
| | ) | |
| Defendants. | ) | |

A Motion and Application/Affidavit for Admission *Pro Hac Vice* has been filed in this case and considered by the undersigned.

IT IS ORDERED THAT:

Applicant: Ronald L. Burdge, Esquire, who represents plaintiffs:

■     Be **granted** admission *pro hac vice* in this case.

☐     Be **denied** admission *pro hac vice* in this case.

_____
David C. Norton
United States District Judge

April 10, 2019
Charleston, South Carolina