| | |
|---|---|
| CHARLES LEE AND SUSAN CANTOS LEE, | C/A No. 2:18-cv-03345-DCN |
| Plaintiffs, | |
| v. | **PLAINTIFF'S 26(a)(2) EXPERT DISCLOSURES** |
| JAYCO, INC. AND HOLIDAY KAMPER COMPANY OF COLUMBIA, LLC d/b/a CAMPING WORLD RV SALES | |
| Defendants. | |

**TO: DEFENDANTS AND THEIR ATTORNEY**

The Plaintiffs, by and through their undersigned counsel, hereby disclose the following retained and non-retained experts they intend to call at the trial of the case:

1. The following expert is employed or specifically retained by the Plaintiffs to testify as an expert, and the Plaintiffs certify that a copy of said expert's report, including all information required by Fed. R. Civ. P. 26(a)(2)(B) has been furnished to the attorney for the Defendants by this date, via US mail postage paid, facsimile or email:

> Phil Grismer
> P.J.G. Consulting and Appraisal
> 811 East Main St.
> Genoa, Illinois 60135

2. Pursuant to Rule 26(a)(2)(C), FRCP, the Plaintiffs hereby disclose the following non-retained experts they may call at the trial of this case:

> Any expert witness identified and/or retained by Defendants.

**[ SIGNATURE BLOCK CONTAINED ON FOLLOWING PAGE ]**

Respectfully submitted,

**The Law Offices of Joshua E. Slavin, LLC**
<u>/s/ Joshua Slavin</u>
Joshua E. Slavin
746 Wakendaw Blvd
Mount Pleasant, SC 29464
Phone: 843-619-7338
Fax: 888-246-8914
Email: <u>josh@attorneycarolina.com</u>
Federal Bar ID: 12602
Attorney for the Plaintiffs

July 8, 2019
Mount Pleasant, SC